Same case below, 19 So. 3d 995.

**No. 09-10288. Gregory Lynn Colbert, Petitioner v. Mike Knowles, Warden.**

561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5168.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 361 Fed. Appx. 831.

**No. 09-10294. Blaine W. Sell, Petitioner v. JP Morgan Chase Bank NA, et al.**

561 U.S. 1013, 130 S. Ct. 3473, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5077.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10295. Joseph Daniel Burns, Petitioner v. Christopher B. Epps, Commissioner, Mississippi Department of Corrections.**

561 U.S. 1013, 130 S. Ct. 3473, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5032.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 342 Fed. Appx. 937.

**No. 09-10299. Raymundo Maldonado, Petitioner v. Rick Thaler, Director,** **Texas Department of Criminal Justice, Correctional Institutions Division.**

561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5139.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10304. Mary Elaine Washington, Petitioner v. New York State Department of State, et al.**

561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5028.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 206 Fed. Appx. 127.

**No. 09-10305. Christopher Ysais, Petitioner v. Consuelo Angela Ysais.**

561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5054, ■

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 372 Fed. Appx. 843.

**No. 09-10311. Sidney Young, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township, et al.**

561 U.S. 1013, 130 S. Ct. 3474, 177 L. Ed. 2d 1069, 2010 U.S. LEXIS 5016.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.